DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK SPANAKOS,**
Appellant,

v.

**HAWK SYSTEMS, INC., et al.,**
Appellees.

No. 4D22-1650

[May 25, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502012CA002252.

Manuel Arthur Mesa of Mesa LLP, Miami, for appellant.

Stuart H. Singer and Sashi C. Bach of Boies Schiller Flexner LLP, Fort Lauderdale, for appellees Greenberg Traurig, Bruce Rosetto and Amy Quintana.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***